UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| 3C, LLC d/b/a 3CHI,<br>MIDWEST HEMP COUNCIL, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-01115-JRS-MKK |
| | ) | |
| TODD ROKITA,<br>THE STATE OF INDIANA, | ) | |
| | ) | |
| Defendants. | ) | |

**SCHEDULING ORDER**

The Court, *sua sponte*, sets this matter for a telephonic status conference on **Thursday,**

**June 29, 2023, at 2:30 p.m. (Eastern)**. The purpose of the conference shall be to discuss

Plaintiff's Motion for Preliminary Injunction [Dkt. 5].   Counsel shall attend the conference by

calling the designated telephone number, to be provided by the Court via email generated by the

Court's ECF system.   If no attorney has yet appeared for defendant, plaintiff's counsel is ordered

to promptly serve this order on defendant and on the Office of the Indiana Attorney General.


SO ORDERED.


Date: 6/27/2023

_____

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana


Distribution:


All ECF-registered counsel of record via email generated by the Court's ECF system.