**Office of the Prosecuting Attorney**
Wayne County, Indiana
17th Indiana Judicial Circuit

---

Michael W. Shipman
Prosecuting Attorney

301 East Main Street
Courthouse, Suite 100
Richmond, IN 47374
(765) 973-9394
Fax (765) 973-9298

June 2, 2023

Low Bob's Tobacco
1723 National Road West
Richmond, IN 47374

Sir/Madam:

It has come to our attention, either from a tip or perhaps your own advertising, that you have Delta 8 products available for sale at your place of business. The legality of Delta 8 has been a discussion point for some time now for prosecutors and law enforcement across the state.

On January 12, 2023, the Indiana Attorney General's Office issued an official opinion that Tetrahydrocannabinol variants and other designer cannabinoid products (which would include Delta 8) DO fall under the statutory definition of a schedule I controlled substance. I am writing to inform you that if you continue to possess and/or sell those products, you (and/or your employees) could be charged with dealing in a controlled substance under Indiana Code 35-48-4-2. Depending on the weight – that charge could be up to a Level 2 felony which has the possibility of 10-30 years in prison. Continuing to sell those products could also subject you to search warrants, subpoenas, forfeiture proceedings, and all other tools available under the law.

Another product you may have on your shelves is smokeable hemp. It is also not legal in Indiana under I.C. 35-48-4-10.1. There is an exception in the law for CBD products with less than 0.3% THC. That does not, however, include anything with THC that is smokable. Additionally, CBD products are within the definition of "Low THC hemp extract" under I.C. 35-48-1-17.5, which specifically excludes the flower or bud.

Finally, I.C. 35-48-4-10(d)(3) includes a Level 5 felony for a retailer to sell anything they knew or should have known contains more than 0.3% Delta 9 THC packaged as low THC hemp extract.

If you are selling any of those products – and continue to – you are risking legal action from law enforcement and my office. The best course of action is to immediately remove all Delta 8,

Delta 9, Delta 10, Delta X (and any other designer cannabinoid products) and smokeable hemp products from your shelves and do not sell or use them in the future.

Sincerely,

*Michael W Shipman*

Michael W. Shipman
Prosecuting Attorney

MWS/ck

Enclosure