

# HUNTINGTON POLICE DEPARTMENT
CORY R. BOXELL, CHIEF OF POLICE

**August 10, 2023**

CravinVapes Huntington
2928 Walmart Drive
Huntington, IN 46750

To whom it may concern,

It is the position of the Huntington City Police Department that tetrahydrocannabinol (THC) variants and designer cannabinoid products are Schedule I controlled substances under Indiana Code 35-48-2-4(d)(32). As expressed in Indiana Attorney General Todd Rokita's Official Opinion 2023-1, THC variants, including delta-8 THC, delta-10 THC, THC-O, and THC-P as well as derivatives and isomers of these compounds, fall within the currently defined controlled substance THC. Indiana law makes a limited exception for delta-9 substances with concentrations below 0.3% delta-9 THC; however, synthetic derivatives such as those listed above do not fit that exception. Designer THC products, such as delta-8 THC, have become a major problem within our local schools. This includes both edible and smokable products designed for the user to achieve a "high," similar to but often more intense than that of smokable marijuana. These drugs remain illegal under Indiana law at this time.

It is our goal to maintain healthy relationships with our local business owners, and we understand that there has been confusion regarding the legality of certain intoxicating substances. We are aware of ongoing civil litigation regarding the legal status of certain THC products and look forward to more clarity in the future. For now, we are requesting that our local businesses cease all purchase, sale, and possession of any substance containing THC, with the exception of strictly delta-9 products with a concentration below 0.3%. No enforcement action is being taken against businesses or individuals who comply with this law enforcement request, and this department is thankful for the cooperation and understanding of our local business owners as we continue to respond to citizen complaints involving these drugs. Please reach out with any questions or concerns.

Respectfully,

Detective Sergeant Darius Hillman, Badge #109

*Darius Hillman* (signature)

Huntington City Police Department
450 Cherry Street
Huntington, IN 46750
darius.hillman@huntington.in
Office: 260-358-8244