UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| 3C, LLC d/b/a 3CHI, <br> MIDWEST HEMP COUNCIL, INC., <br> Wall's Organics LLC, <br><br>                 Plaintiffs, <br><br>                 v. <br><br> TODD ROKITA, <br> THE STATE OF INDIANA, <br> HUNTINGTON POLICE DEPARTMENT, <br> DETECTIVE SERGEANT DARIUS HILLMAN, <br> in his official capacity, <br> HUNTINGTON COUNTY PROSECUTOR, <br> JEREMY NIX, in his official capacity, <br> EVANSVILLE POLICE DEPARTMENT, <br> DETECTIVE SERGEANT NATHAN HASSLER, <br> in his official capacity, <br> VANDERBURGH COUNTY PROSECUTOR <br> DIANA MOERS, in her official capacity, <br><br>                 Defendants. | No. 1:23-cv-01115-JRS-MKK |

**ENTRY AND ORDER FROM TELEPHONIC STATUS CONFERENCE**

      The Parties, by counsel, appeared for a telephonic status conference on July 2, 2024, with the Magistrate Judge. The Parties discussed case status.

      With agreement of the parties, Defendants shall file their combined responses in opposition to Plaintiffs' Motion for Partial Summary Judgment, Dkt. 111, and cross-motion(s) for summary judgment no later than **August 23, 2024**. Plaintiffs shall file their combined response in opposition to Defendants' motion(s) for summary judgment and reply in support of their motion for partial summary judgment no later than **October 4, 2024**. Defendants shall file their replies in support of their motion(s) for summary judgment no later than **October 18, 2024**.

This matter is set for a telephonic status conference on **October 30, 2024, at 10:30 a.m. (Eastern)**, with Magistrate Judge M. Kendra Klump. The Court will contact counsel by separate email through the Court's electronic filing system with the call-in information to be used to participate in the conference.

The conference concluded without further order.

Date: 07/02/2024

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system.