**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

3C, LLC d/b/a 3Chi, MIDWEST HEMP
COUNCIL, INC., and WALL'S
ORGANICS LLC,

                Plaintiffs,

    vs.

ATTORNEY GENERAL TODD ROKITA,
in his official capacity, and
THE STATE OF INDIANA, et al.,

                Defendants.

Civil Action No. 1:23-cv-1115-JRS-MKK

**ORDER**

Plaintiffs 3C, LLC d/b/a 3Chi, Midwest Hemp Council, Inc., and Wall's Organics, LLC, by counsel, having filed their Unopposed Motion for Extension of Time to File Summary Judgment Briefing, Dkt. [138], and the Court, being duly advised and having reviewed the same, now finds that the Motion should be, and therefore is, **DENIED as moot**. At the telephonic status conference held July 2, 2024, the Court granted the requested extension and ordered Plaintiff to file "their combined response in opposition to Defendants' motion(s) for summary judgment and reply in support of their motion for partial summary judgment no later than **October 4, 2024**." (Dkt. 124).

**IT IS THEREFORE ORDERED** that Plaintiffs shall have until **October 4, 2024**, to submit their Response to Defendants' Cross Motion for Summary Judgment and Plaintiffs' Reply in Support of Their Motion for Partial Summary Judgment.

    So **ORDERED**.

Date: 9/18/2024

_____
M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:
All ECF-registered counsel of record via CM/ECF