UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| 3C, LLC d/b/a 3CHI, MIDWEST HEMP COUNCIL, INC., and WALL'S ORGANICS LLC, <br><br> Plaintiffs, <br><br> v. <br><br> TODD ROKITA, Attorney General, in his official capacity, HUNTINGTON POLICE DEPARTMENT, DETECTIVE SERGEANT DARIUS HILLMAN, in his official capacity, HUNTINGTON COUNTY PROSECUTOR JEREMY NIX, in his official capacity, EVANSVILLE POLICE DEPARTMENT, DETECTIVE SERGEANT NATHAN HASSLER, in his official capacity, and VANDERBURGH COUNTY PROSECUTOR DIANA MOERS, in her official capacity, <br><br> Defendants. | No. 1:23-cv-01115-JRS-MKK |

**MOTION TO EXCLUDE OPINIONS OF MARK CHARLES KRAUSE**

Pursuant to Federal Rules of Civil Procedure 26 and 37, Federal Rule of Evidence 702, and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), Defendant Todd Rokita, Attorney General, in his official capacity, respectfully moves to preclude from consideration at trial Mark Charles Krause's opinions regarding the definition of hemp in federal law, the isomerization process, and the non-synthetic nature of THC derivatives.

The basis for the motion is set forth in the accompanying brief in support.

Dated: March 17, 2025

| | |
|---|---|
| Office of the Indiana Attorney General<br>IGC-South, Fifth Floor<br>302 West Washington Street<br>Indianapolis, Indiana 46204-2770<br>Telephone: (317) 232-0709<br>Fax: (317) 232-7979<br>Email: James.Barta@atg.in.gov | Respectfully submitted,<br><br>Theodore E. Rokita<br>Indiana Attorney General<br><br>By:   */s/ James A. Barta*<br>James A. Barta<br>Solicitor General<br><br>Katelyn E. Doering<br>Deputy Attorney General |