UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| 3C, LLC d/b/a 3CHI, | ) | |
| MIDWEST HEMP COUNCIL, INC., | ) | |
| Wall's Organics LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-01115-JRS-MKK |
| | ) | |
| TODD ROKITA Attorney General; in his | ) | |
| official capacity, | ) | |
| DETECTIVE SERGEANT NATHAN | ) | |
| HASSLER, in his official capacity, | ) | |
| | ) | |
| Defendants. | ) | |

## Final Judgement

Plaintiffs shall take nothing by way of their complaint. The action is **dismissed without prejudice** for lack of subject-matter jurisdiction. This is a final judgment under Federal Rule of Civil Procedure 58.

**SO ORDERED.**

Date: 3/18/2025

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _Samantha Burmester_
Deputy Clerk, U.S. District Court

Distribution:

James A. Barta
Office of the Indiana Attorney General
james.barta@atg.in.gov

Alex Maurice Beeman
Reminger Co. LPA
abeeman@reminger.com

Katelyn E. Doering
Office of IN Attorney General
katelyn.doering@atg.in.gov

Andrew Aaron Haughey
Reminger Co., LPA
ahaughey@reminger.com

Bernard Lobermann, IV
Ziemer Stayman Weitzel & Shoulders, LLP
blobermann@zsws.com

Tyler John Moorhead
BOSE MCKINNEY & EVANS LLP
tmoorhead@boselaw.com

Justin E. Swanson
Bose McKinney & Evans LLC
jswanson@boselaw.com

Paul D. Vink
BOSE MCKINNEY & EVANS, LLP (Indianapolis)
pvink@boselaw.com